No. 5134.—Pueblo, apldo., v. Jiménez, aplte.—C. D. Ponce, Noviembre 24, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, Félix Jiménez Vázquez interpuso esta apelación contra sentencia que lo condena a sufrir la pena de diez años de presidio por delito de atentado a la vida en la persona del policía insular Fermín Álvarez:

Por cuanto, si bien el apelante estuvo defendido en la corte inferior por un abogado, en este recurso ha presentado sus escritos firmados por él solamente:

Por cuanto, examinados cuidadosamente los autos de este caso no encontramos que se haya cometido error fundamental alguno:

Por tanto, debemos confirmar y confirmamos la sentencia apelada.

RECONSIDERACIONES DE SENTENCIAS DENEGADAS POR LA CORTE DURANTE EL PERIODO QUE CUBRE EL PRESENTE TOMO.

Por la corte, a propuesta de sus distintos jueces, se declaró no haber lugar a las reconsideraciones solicitadas en los siguientes casos:

Nos. 4166, 4984, 5108 y 5231.